AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Brandon Stewart, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Marshall Etc., Inc., Daniel Marshall, and Sherri Marshall<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14 1002 JPG/PMF<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Marshall
12825 Flushing Meadows Drive, Suite 280
St. Louis, MO 63131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher J. Petri
Byron Carlson Petri & Kalb, LLC
411 St. Louis Street
Edwardsville, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/17/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Brandon Stewart, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>Marshall Etc., Inc., Daniel Marshall, and Sherri Marshall<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 14 1002 JPG/PMF<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Marshall Etc., Inc.,
c/o registered agent - Dan Marshall
12825 Flushing Meadows Drive, Suite 280
St. Louis, MO 63131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Christopher J. Petri
Byron Carlson Petri & Kalb, LLC
411 St. Louis Street
Edwardsville, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/17/14                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Brandon Stewart, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> Marshall Etc., Inc., Daniel Marshall, and Sherri Marshall <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 14 1002 JPG/PMF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sherri Marshall
12825 Flushing Meadows Drive, Suite 280
St. Louis, MO 63131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher J. Petri
Byron Carlson Petri & Kalb, LLC
411 St. Louis Street
Edwardsville, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/17/14                                              _____
                                                               *Signature of Clerk or Deputy Clerk*