IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRANDON STEWART, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:14-cv-01002-NJR-PMF |
| MARSHALL ETC INC., DANIEL MARSHALL, and SHERRI MARSHALL, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**JOINT MOTION FOR FINAL APPROVAL AND CERTIFICATION OF FLSA COLLECTIVE AND CLASS ACTION SETTLEMENT**

Plaintiff Brandon Stewart, on behalf of himself and all other similarly situated, through his attorneys, and Defendants Marshall Etc, Inc., Daniel Marshall and Sherri Marshall, through their attorneys, jointly move the Court for final approval and certification of a class for settlement purposes.

1. The Court previously granted preliminary approval of FLSA Collective and Class Action Settlement in this matter on August 28, 2015. (Doc. #40)

2. In the order granting preliminary approval, the Court also approved the form of notice for the class as described in the parties' Settlement Agreement, attached hereto as <u>Exhibit A</u>.

3. On September 11, 2015, Greensfelder, Hemker, and Gale P.C., the Settlement Administrator, sent notice to the class, using the putative class members' last known address per the business records of Defendants. Declaration of Amy L. Blaisdell, Greensfelder, Hemker and Gale, P.C., attached hereto as <u>Exhibit B</u>.

4. Only three (3) envelopes were returned as undeliverable. The Claims Administrator made reasonable attempts to ascertain current address information for each Claim Notices and Claim Form returned as undeliverable. All three of the undeliverable forms have been resent. One of the three has returned a completed Claim Form/Opt-In Form, one has not responded, and the third, Josh Monroe, has been given until November 25, 2015 to sign and return his Claim Form/Opt-In Form due to a delay in identifying an alternative address for him. Id.

5. Of the thirty-three putative (33) Class Members, eleven (11) submitted complete Claim/Opt-In Forms. No Class Members opted out of the Class. No objections were filed with the Court. Id. The total settlement payments to the FLSA Settlement Class and State Law Settlement Class that completed Claim/Opt-In Forms will be Sixteen Thousand Five Hundred Dollars and Thirty Four Centers ($16,500.34). If Mr. Monroe completes the Claim/Opt-In Form with a postmark by November 25, 2015, then the sum of $693.83 will be paid to him for a total settlement payment of the Settlement Class of Seventeen Thousand One Hundred Ninety Four Dollars and Seventeen Cents ($17, 194.17).

6. The Court should grant final approval and certification of the Settlement Class for the purpose of settlement for the reasons stated in the Parties' previously filed Joint Motion for Preliminary Approval of FLSA and Class Action Settlement (Doc. 29), and Joint Motion to Certify Class and Collection Action for Settlement Purposes, a Supplement to Joint Motion for Preliminary Approval of FLSA and Class Action Settlement, and a Motion for Leave to File an Amended Complaint and Memorandum in Support (Doc. 38). Without repeating all of the assertions of previous briefing, the parties submit that the settlement was a settlement of *bona fide* dispute and that the settlement was fair and reasonable in that it was the product of an arms-

length negotiation; it settled complex, expensive and potentially lengthy litigation; there was substantial informal discovery done with a full review of applicable records; there were several disputed issues on the merits with uncertain outcomes; the settlement was within the range of possible recovery; and in class counsel's opinion it was a fair settlement, as is corroborated by the lack of objections.  The parties further submit that as explained in previous briefing, the numerosity, typicality, commonality, and adequacy of representation requirements of Rule 23 have been satisfied.

7. Class Counsel submits that attorneys' fees in the amount of $17,500 per the Settlement Agreement are reasonable and should be awarded for the reasons stated in the Parties' previously filed Joint Motion for Preliminary Approval of FLSA and Class Action Settlement (Doc. 29) and for the reasons stated in Class Counsel's Application for Approval of Attorneys' Fees filed concurrently herewith.  Defendants have no objection to the fee award.

8. The parties submit that a memorandum and order, in the form of the proposed order provided by electronic mail, should be entered.

| BYRON CARLSON PETRI & KALB, LLC | GREENSFELDER, HEMKER & GALE, P.C. |
|---|---|
| By:   /s/ Christopher J. Petri<br>    Christopher J. Petri, #6257456<br>    411 St. Louis Street<br>    Edwardsville, IL 62025<br>    Phone: 618-655-0600<br>    Fax: 618-655-4004<br>    Email: cjp@bcpklaw.com | By:   /s/ Amy L. Blaisdell<br>    Amy L. Blaisdell, #6276380<br>    10 S. Broadway, Suite 2000<br>    St. Louis, MO  63102-1747<br>    314/241-9090; Fax: 314/241-3643<br>    Email:   apb@greensfelder.com |
| *Attorneys for Plaintiff and Class* | *Attorneys for Defendants* |