IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRANDON STEWART, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:14-cv-01002-NJR-PMF |
| MARSHALL ETC INC., DANIEL MARSHALL, and SHERRI MARSHALL, | ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

**UNOPPOSED APPLICATION FOR ATTORNEYS FEES PURSUANT TO SETTLEMENT OF CLASS AND COLLECTIVE ACTION**

Byron Carlson Petri and Kalb, LLC as counsel for Plaintiff Brandon Stewart, on behalf of himself and all other similarly situated, move the Court for an award for an award of attorneys' fees pursuant to settlement of a class and collective action.

1. The Court previously granted preliminary approval of FLSA Collective and Class Action Settlement in this matter on August 28, 2015 and set a final fairness hearing on December 2, 2015. (Doc. #40)

2. The Parties have concurrently filed a Joint Motion for Final Approval of Settlement and Certification of Class and Collective Action Settlement ("Motion for Final Approval").

3. As stated in the Motion for Final Approval, notice as authorized by the Court was sent to the class members and no putative member opted out or objected.

4. In light of the preliminary approval and the lack of opt-outs and objections, Plaintiff anticipates the Settlement Agreement of the Parties will be finally approved on or about December 2, 2015.

5.  The Settlement Agreement provides for a payment of attorney's fees in the amount of $17,500 to class counsel.

6.  Class Counsel respectfully requests that the Court approve the $17,500 fee as called for in the Settlement Agreement for the following reasons.

7.  The FLSA and Illinois and Missouri Minimum Wage statutes allow for the award of a reasonable fee. 29 U.S.C. Section 216(b); 820 ILCS 105/12; Mo. Rev. Stat. 290.527. The $17,500 fee award was based on the lodestar method, using an hourly rate of $240.00 per hour with approximately 104 hours of work performed at the time of the settlement in principle (there was a minor amount of paralegal work performed at $125 per hour). *See e.g. Skelton v. General Motors, Corp.*, 860 F.2d 250 (7th Cir. 1989) (lodestar is proper method for fee calculation in statutory fee shifting scenarios); *Johns v. Klecan*, 198 Ill.App.3d 1013 (1st Dist. 1990)(noting lodestar as appropriate method for calculating fees); 300 S.W.3d 518, 529 n.6 (Mo. Ct. App. 2009)(same). The lodestar calculation equates to an approximate attorneys fee of $25,000; however, in order to aid settlement, Plaintiff's counsel reduced its lodestar calculation from approximately $25,000 to $17,500 and has not asked for any fees for its participation in drafting the settlement agreement or moving the court for approval of the Settlement Agreement. The $17,500 fee amount is reasonable in light of the work performed by counsel, which included drafting and filing the complaint, a full review of all the applicable time sheets and payroll records, extensive negotiation of the settlement, and extensive motion practice with the court, and is reasonable in light of the result, a settlement agreement which was within the reasonable range of recovery for the putative class members, and considering potential payments to class members (including the named Plaintiff), the enhancement payment to Plaintiff, and attorneys' fees required the Defendants, depending upon the number of opt-ins, to pay as much as

$43,155.67 for settlement.  The reasonableness of the fee is corroborated by the lack of objections.  In addition, Defendants have no objection to the fee award.

    WHEREFORE, Plaintiff's counsel respectfully requests that Court approve a fee award in the amount of $17,500 and for any other relief the Court deems just and proper.

                                      BYRON CARLSON PETRI & KALB, LLC

                                      By:   /s/ Christopher J. Petri
                                             Christopher J. Petri, #6257456
                                             411 St. Louis Street
                                             Edwardsville, IL 62025
                                             Phone: 618-655-0600
                                             Fax: 618-655-4004
                                             Email:  cjp@bcpklaw.com

*Attorneys for Plaintiff and Class*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th of November, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

  Amy L. Blaisdell
  Stephanie R. Hammer
  GREENSFELDER, HEMKER & GALE, P.C.
  10 S. Broadway, Suite 2000
  St. Louis, MO  63102-1747

  *Attorneys for Defendants*

                                                          /s/ Christopher J. Petri

Page **3** of **3**