### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRANDON STEWART, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 14-CV-1002-NJR-PMF |
| | ) | |
| MARSHALL ETC. INC., DANIEL MARSHALL, and SHERRI MARSHALL, | ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated January 22, 2016 (Doc. 50), this action is **DISMISSED with prejudice.**

DATED:  January 22, 2016

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
United States District Judge